NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RUBEN MEJIA,**
*Plaintiff-Appellant*

**G.M., a minor, LM.M, a minor,**
*Plaintiffs*

**v.**

**AMANDA YOUNG, individual capacity and official capacity, JASON PHELPS, individual capacity and official capacity, RIVERSIDE COUNTY CHILDRENS SERVICES,**
*Defendants-Appellees*

---

2026-1545

---

Appeal from the United States District Court for the Central District of California in No. 5:23-cv-01332-FMO-SP, Judge Fernando M. Olguin.

---

Before PROST, MAYER, and CUNNINGHAM, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Because this court appeared to lack jurisdiction, we directed the parties to show cause why this case should not be transferred or dismissed.  Neither party responded.

Ruben Mejia filed this action at the United States District Court for the Central District of California alleging a violation of his civil rights.  The district court dismissed the complaint with leave to amend.  On March 10, 2026, the court denied Mr. Mejia's motions for recusal and reassignment.  Mr. Mejia filed a notice of appeal challenging the March 10, 2026, order.  Although the notice indicated that Mr. Mejia was appealing to the United States Court of Appeals for the Ninth Circuit, it appears the notice was transmitted just to this court and not the Ninth Circuit.

This court's jurisdiction to review decisions of federal district courts is generally limited to appeals arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," *id.* § 1346(a)(2), *see id.* § 1295(a)(2). This appeal does not fall within any of those categories. Under the circumstances, we deem it appropriate to transfer to the Ninth Circuit.  *See* Fed. R. App. P. 3(d)(1).

Accordingly,

IT IS ORDERED THAT:

This matter and all case filings are transferred to the United States Court of Appeals for the Ninth Circuit.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 29, 2026
Date